# EXHIBIT 3

Second NOD

Inst #: 201211070002706
Fees: $225.00
N/C Fee: $0.00
11/07/2012 02:43:56 PM
Receipt #: 1374246
Requestor:
LSI TITLE AGENCY INC.
Recorded By: DGI Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

**RECORDING REQUESTED BY:**

**WHEN RECORDED MAIL TO:**
National Default Servicing Corporation
7720 N. 16th Street, Suite 300
Phoenix, AZ 85020

NDSC File No. : 12-01663-NS-NV
Title Order No. : 120196324-NV-GTI

APN: 176-28-613-111

---

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five (5) business days prior to the date set for the sale of your property pursuant to NRS 107.080. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).**

**NOTICE IS HEREBY GIVEN THAT : NATIONAL DEFAULT SERVICING CORPORATION is either the original Trustee or the duly appointed substituted Trustee under a Deed of Trust dated 03/27/2008, executed by JANNETJE TOLCHIN, AN UNMARRIED WOMAN, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK N.A., ITS SUCCESSORS AND ASSIGNS as beneficiary recorded 03/31/2008 as Instrument No. 20080331-0004177 (or Book, Page) of the Official Records of CLARK County, NV. Said obligations including ONE NOTE FOR THE ORIGINAL sum of $231,391.00.**

**That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of :**

**The installments of principal and interest which became due on 04/01/2009 and all subsequent installments of principal and interest through the date of this Notice, plus amounts that are due for late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustee fee's, and any attorney fees and court costs arising from or associated with the beneficiaries efforts to protect and preserve its security all of which must be paid as a condition of reinstatement, including all sums that shall accrue through reinstatement or pay-off (and will increase until your account becomes current) as summarized in the accompanying Affidavit of Authority to Exercise the Power of Sale pursuant to NRS 107.080.**

**While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your Note and Deed of Trust or Mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required by the Note and Deed of Trust or Mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.**

**Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by the transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).**

**Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.**

**To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:**

**Nationstar Mortgage, LLC**
**c/o National Default Servicing Corporation**
**7720 N. 16th Street, Suite 300**
**Phoenix, AZ 85020** Phone 602/264-6101 Sales Website: www.ndscorp.com/sales/

**Loss Mitigation Contact: Michael Nguyen / 8888115281 Ext 73062**
**michael.nguyen@NationstarMail.com**

**Attached hereto and incorporated herein by reference is the Affidavit of Authority to Exercise the Power of Sale pursuant to NRS 107.080.**

**You may wish to consult a credit-counseling agency to assist you. The Department of Housing and Urban Development (HUD) can provide you with the name and address of the local HUD approved counseling agency by calling their Approved Local Housing Counseling Agency toll free number: (800) 569-4287 or you can go to the HUD web site at: http://portal.hud.gov/portal/page/portal/HUD/localoffices.**

The Property Address: 7927 CAPISTRANO VALLEY AVENUE , LAS VEGAS NV 89178

**If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure. Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**That by reason thereof, the present beneficiary under such Deed of Trust has executed and delivered to duly appointed Trustee a written Declaration of Default and Demand for Sale, and has deposited with said duly appointed Trustee such Deed of Trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.**

**Dated : November 2, 2012**

**National Default Servicing Corporation, As Trustee for Nationstar Mortgage, LLC**

**By: Julie Good, Trustee Sale Supervisor**

State of: Arizona
County of: Maricopa

On 11/2, 2012, before me, the undersigned, a Notary Public for said State, personally appeared Julie Good personally known to me be (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

OFFICIAL SEAL
JUDY A. REYNOLDS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 20, 2013

Signature ____________

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

TS No: 12-01663-NS-NV
APN: 176-28-613-111

**AB284 Affidavit**

**AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE**

Borrower/Trustor:
JAS WORLDWIDE ENTERPRISES, LLC

Trustee Address:
7720 N. 16th Street, Suite 300
Phoenix AZ 85020

Property Address:

7927 CAPISTRANO VALLEY AVENUE
LAS VEGAS NV 89178

Deed of Trust Document Instrument Number

20080331-0004177

STATE OF TEXAS)
) ss:
COUNTY OF DENTON)

The Affiant, Robert Warner Sharp, being first duly sworn upon oath, attest that I am an individual over the age of eighteen years and an employee of NATIONSTAR MORTGAGE LLC and am employed in the capacity of Limited VP. I have obtained personal knowledge of the information stated herein based upon my review of loan servicing records, and/or recorded documents or public records. I am familiar with the manner that the records are kept and maintained by employees of Nationstar Mortgage LLC.

To the best of my knowledge, the following is true and accurate:

A. All records have been maintained in the ordinary course of business, updated at, or near the time of the events recorded and/or described therein;

B. Nationstar Mortgage LLC is the current Beneficiary of the Deed of Trust or the authorized representative of the Beneficiary of the Deed of Trust described above, and described in the Notice of Default and Election to Sell to which this affidavit is attached;

C. Pursuant to NRS 107.080(c):

1. The full name and business address of the current Trustee or the Trustee's representative or assignee is:

| | |
|---|---|
| National Default Servicing Corporation | 7720 N. 16th Street, Suite 300<br>Phoenix AZ 85020 |
| Full Name | Street, City, County, State, Zip |

The full name and business address of the current holder (or constructive holder) of the Note secured by the Deed of Trust is:

| | |
|---|---|
| First Horizon Home Loans, a division of First Tennessee Bank, National Association | 1555 W Walnut Hill, #200, Irving, TX 75038 |
| Full Name | Street, City, County, State, Zip |

The full name and business address of the current Beneficiary of record of the Deed of Trust is:

| | |
|---|---|
| First Horizon Home Loans, a division of First Tennessee Bank, National Association | 1555 W Walnut Hill, #200, Irving, TX 75038 |
| Full Name | Street, City, County, State, Zip |

The full name and business address of the current servicer of the obligation or debt secured by the Deed of Trust is:

| | |
|---|---|
| Nationstar Mortgage, LLC | 350 Highland Drive, Lewisville, TX 75067 |
| Full Name | Street, City, County, State, Zip |

2. The full name and last known business address of the current and every prior known Beneficiary of the Deed of Trust, is:

| | |
|---|---|
| First Horizon Home Loans, a division of First Tennessee Bank, National Association | 1555 W Walnut Hill, #200, Irving, TX 75038 |
| Full Name | Street, City, County, State, Zip |

**(List additional known Beneficiaries in the same format)**

| | |
|---|---|
| First Horizon Home Loans, a division of First Tennessee Bank, National Association | 1555 W Walnut Hill, #200, Irving, TX 75038 |
| Full Name | Street, City, County, State, Zip |

| | |
|---|---|
| Nationstar Mortgage, LLC<br>Full Name | 350 Highland Drive, Lewisville, TX 75067<br>Street, City, County, State, Zip |
| Mortgage Electronic Registration Systems, Inc., as nominee for First Horizon Home Loans, a division of First Tennessee Bank, National Association<br>Full Name | PO Box 2026, Flint, MI 48501-2026<br>Street, City, County, State, Zip |
| MetLife Home Loans, a Division MetLife Bank, N.A.<br>Full Name | 4000 Horizon Way, Irving, TX 75063<br>Street, City, County, State, Zip |

3. The Beneficiary, successor in interest of the Beneficiary has actual or constructive possession of the note secured by the Deed of Trust.

4. The Trustee has been authorized to exercise the power of sale under Chapter 107 of NRS with respect to the property encumbered by the Deed of Trust, pursuant to the instruction of the Beneficiary of record (or the authorized representative of the same) and the current holder of the Note secured by the Deed of Trust (or the authorized representative of the same).

5. The following is information regarding the amount in default, the principal amount secured by the Deed of Trust, a good faith estimate of fees imposed and to be imposed because of the default and the costs and fees charged to the Debtor in connection with the exercise of the power of sale:

**I. ACTUAL**

| | | |
|---|---|---|
| Original Principal Balance | $231,391.00 | |
| Current Unpaid Principal Balance | | $228,792.79 |
| Amount of Missed Payment (PITI) | $75,327.45 | |
| # of Payments – 22 $1,820.85 | | |
| # of Payments – 19 $1,673.99 | | |
| # of Payments – 2 $1,731.47 | | |
| Interest Due:<br>6.000% per annum from 03/01/2009 - 09/30/2012<br>($1,143.96/month x 43 months)<br>6.000% per annum from 10/01/2012 - 10/12/2012<br>($37.61/day x 11 days) | | $49,603.99 |
| **Actual Fees Charged:** | | |
| Late Charges | | $0.00 |
| NSF Fees | | $0.00 |
| Attorney's Fees | | $0.00 |
| Foreclosure or Trustee Fees | | $0.00 |

| | |
|---|---|
| Legal Costs (Non-Judicial Foreclosure) | $0.00 |
| Legal Costs | $3,356.52 |
| Title Costs | $0.00 |
| Recorder Costs | $0.00 |
| Appraisal or BPO Costs | $0.00 |
| Property Inspection Costs | $78.00 |
| Tax Advances (Non Escrow) | $6,053.20 |
| Hazard Insurance Advances (Non Escrow) | $1,590.00 |
| Mortgage Insurance Advances (Non Escrow) | $4,836.26 |
| Escrow Shortage (not included in Payments) | $0.00 |
| HOA Advances | $0.00 |
| Property Preservation | $230.00 |
| Suspense | $0.00 |
| Total | $294,540.76 |

**ESTIMATE**

**II.** Good faith estimate of all fees and costs to be imposed by the Beneficiary or its representative because of the default is $8,400.00.

**III.** Good faith estimate of the total costs and fees to be imposed in connection with the exercise of the power of sale is $2,926.00.

6. Exhibit "A" contains the date, recordation number or other unique designation of the instrument that conveyed the interest of each beneficiary and a description of the instrument that conveyed the interest of each beneficiary.

Nationstar Mortgage, LLC as attorney in fact for First Horizon Home Loans a division of First Tennessee Bank National Association

Dated this 22 day of October, 2012.

Affiant Name: Robert Warner Sharp

Signature: [signature] 10/22/12

STATE OF Texas )
) ss:
COUNTY OF Denton )

On this 22 day of October, 2012, personally appeared before me, a Notary Public, in and for said County and State, Robert Warner Sharp, known to me to be the persons described in and who executed the foregoing instrument in the capacity set forth therein, who acknowledged to me that he/she executed the same freely and voluntarily and for the uses and purposes therein mentioned.

[signature]

NOTARY PUBLIC IN AND FOR
SAID COUNTY AND STATE

BLAZE B. RANDAZZO
Notary Public, State of Texas
My Commission Expires
December 15, 2015

ORDER NO: 120196324

## (EXHIBIT "A")

---

**ISSUED TO: NATIONAL DEFAULT SERVICING CORP.**

**TITLE ORDER#: 120196324-NV-GTI** **TS#: 12-01663-NS-NV**

**DATED: MAY 22, 2012**

**PROPERTY ADDRESS: 7927 CAPISTRANO VALLEY AVENUE, LAS VEGAS NV 89178**

**SUBJECT DEED OF TRUST:**

- DATE OF DOCUMENT : MARCH 27, 2008
- RECORDING DATE : MARCH 31, 2008
- INSTRUMENT NUMBER/ BOOK AND PAGE : IN BOOK 20080331, AS INSTRUMENT NO. 0004177, OFFICIAL RECORDS
- TRUSTOR : JANNETJE TOLCHIN, AN UNMARRIED WOMAN
- TRUSTEE : CHICAGO TITLE AGENCY OF NEVADA
- BENEFICIARY : MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
- LENDER : FIRST HORIZON HOME LOANS A DIVISION OF FIRST TENNESSEE BANK N.A., A NATIONAL BANK
- ORIGINAL LOAN AMOUNT : $231,391.00

**ASSIGNMENTS OF RECORD RELATING TO SUBJECT DEED OF TRUST:**

ASSIGNOR/FROM : MORTGAGE ELECTRONIC REGISTRATION

ASSIGNEE/TO : FIRST HORIZON HOME LOANS A DIVISION