# EXHIBIT 4

Trustee's Deed Upon Sale

Inst #: 201304180003307
Fees: $19.00 N/C Fee: $25.00
RPTT: $591.60 Ex: #
04/18/2013 02:49:15 PM
Receipt #: 1580760
Requestor:
ABSOLUTE COLLECTION SERVICE
Recorded By: LEX Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

**APN: 176-28-613-111**

WHEN RECORDED MAIL DEED AND
TAX STATEMENTS TO:

SFR Investments Pool I, LLC
5030 Paradise Rd, B-214
Las Vegas, NV 89119

Title No. A3579
Account NO. 139738
TS No. 12980885

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**TRUSTEE'S DEED UPON SALE**

The undersigned declares:

| | | | |
|---|---|---|---|
| 1) | The grantee herein **WAS NOT** the foreclosing beneficiary | | |
| 2) | The amount of the unpaid debt together with costs was | $ | 7,000.00 |
| 3) | The amount paid by the grantee at the trustee sale was | $ | 7,000.00 |
| 4) | The documentary transfer tax is | $ | 591.60 |
| 5) | City Judicial District of **LAS VEGAS** | | |

And **Absolute Collection Services, LLC**., as the duly appointed Trustee under the Notice of Delinquent Assessment hereinafter described, does hereby GRANT and CONVEY, but without warranty, express or implied, to: **SFR Investment Pool I, LLC, 5030 Paradise Rd, B-214, Las Vegas, NV 89119**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of CLARK, State of NEVADA, described as follows:

**7927 Capistrano Valley Ave., Las Vegas, NV 89178**

Legal Description-shown on the Subdivision map recorded in Book No. **131** Page(s) **43**, Lot **204**, Inclusive, of Maps of the Country of Clark, State of Nevada; See Exhibit A Attached

AGENT STATES THAT:
This conveyance is made pursuant to the powers granted to **Rio Vista HOA** and conferred upon appointed trustee by the provisions of the Nevada Revised Statutes, the **Rio Vista HOA** governing documents (CC&R's) recorded as instrument number

**0003021** Book **20060404** on **NOVEMBER 4, 2006** and that certain Notice of Delinquent Assessment Lien recorded on **MARCH 1, 2012** instrument number **0001616** Book **20120301** Official Records of CLARK County; and pursuant to NRS 117.070 et Seq. or NRS 116.3115 et Seq and NRS 1163116 through 116.31168 et Seq. The name of the owner(s) of the property (trustor) was: **ROLEV 2, LLC**

Default occurred as set forth in a Notice of Default and Election to Sell, recorded on **MAY 30, 2012** as instrument **0004466** Book **20120530** which was recorded in the office of the recorder of said county. Absolute Collection Services, LLC. Has complied with all requirements of law including, but not limited to, the elapsing of 90 days, mailing of copies of Notice of Delinquent Assessment and Notice of Default and the posting and publication of the Notice of Sale. Said property was sold by said agent, on behalf of **Rio Vista HOA** at public auction on **APRIL 16, 2013** at the place indicated on the Notice of Sale. Grantee being the highest bidder at such sale, became the purchaser of said property and paid therefore to said agent the amount bid **$7,000.00** in lawful money of the United States, or by satisfaction, pro tanto, of the obligations then secured by the Delinquent Assessment Lien.

Dated: April 17, 2013

_______________________________________
By Richard Kaye on behalf of Absolute Collection Services

STATE OF NEVADA )
COUNTY OF CLARK )

On 4/17/13 before me, Kelly Mitchell, personally appeared Richard Kaye personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by signing his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and seal.

Kelly Mitchell

Kelly Mitchell, Notary Public
My Commission Expires: 7/10/16
Certificate No. 08-7504-1

KELLY MITCHELL
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 7-10-2016
Certificate No: 08-7504-1

# EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, AND IS DESCRIBED AS FOLLOWS:

**PARCEL I:**

**LOT TWO HUNDRED FOUR (204) AS SHOWN ON THE FINAL MAP OF RIO VISTA UNIT 2, ON FILE IN BOOK 131 OF PLAT MAPS AT PAGE 43, RECORDED INSTRUMENT NO. 0003419 ON MAY 17, 2006 IN OFFICIAL RECORDS BOOK NO. 20060517, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

**PARCEL II:**

**NON EXCLUSIVE EASEMENTS FOR VEHICULAR AND TRAFFIC AS PROVIDED FOR AND SUBJECT TO THE TERMS AND CONDITIONS AS SET FORTH IN THAT CERTAIN "MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR MOUNTAINS EDGE" RECORDED APRIL 14, 2003 IN BOOK 20030414 AS DOCUMENT NO. 02089 OF OFFICIAL RECORDS.**

APN: 176-28-613-111

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 176-28-613-111
   b. ____
   c. ____
   d. ____
2. Type of Property:
   a. ☐ Vacant Land  b. ☑ Single Fam. Res.
   c. ☐ Condo/Twnhse  d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg  f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural  h. ☐ Mobile Home
   ☐ Other

| FOR RECORDERS OPTIONAL USE ONLY | |
|---|---|
| Book ____ | Page: ____ |
| Date of Recording: ____ | |
| Notes: | |

3.a. Total Value/Sales Price of Property $ ~~7,000.00~~ 115,914 (K)
b. Deed in Lieu of Foreclosure Only (value of property ( )
c. Transfer Tax Value: $ ~~7,000.00~~ 115,914 (K)
d. Real Property Transfer Tax Due $ 591.60

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section ____
   b. Explain Reason for Exemption: ____

5. Partial Interest: Percentage being transferred: ____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature Kelly Mitchell Capacity: Grantor

Signature ____ Capacity: ____

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: Absolute Collection Services LLC | Print Name: SFR Investments Pool I LLC |
| Address: 6440 Skypointe Dr. Ste 140-154 | Address: 5030 Paradise Rd, B-214 |
| City: Las Vegas | City: Las Vegas |
| State: NV Zip: 89131 | State: NV Zip: 89119 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

Print Name: ____ Escrow # ____
Address: ____
City: ____ State: ____ Zip: ____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED