# EXHIBIT 7

Proof of Delivery/Receipt

P

**US POSTAGE & FEES PAID**
PRIORITY MAIL
ZONE 6 FLAT-RATE ENVELOPE
ComPlsPrice

062S0009993617
17954335
FROM 89139

stamps
endicia
08/10/2022

# PRIORITY MAIL 2-DAY™

Hanks Law Group
7625 Dean Martin Dr # 110
Las Vegas NV 89139-5974

SHIP TO:
Nationstar Mortgage, LLC dba Mr. Cooper
8950 Cypress Waters Blvd
Coppell TX 75019-4620

**USPS SIGNATURE TRACKING #**

**9410 8111 0803 3591 0950 93**

# USPS Tracking®

FAQs

Tracking Number:

Remove

## 9410811108033591095093

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at postal facility at 10:03 am on August 12, 2022 in COPPELL, TX 75019. The item was signed for by T COLES.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

COPPELL, TX 75019
August 12, 2022, 10:03 am

**Arrived at USPS Facility**

COPPELL, TX 75019
August 12, 2022, 6:40 am

**Departed USPS Regional Facility**

COPPELL TX DISTRIBUTION CENTER
August 12, 2022, 6:28 am

**Arrived at USPS Regional Facility**

COPPELL TX DISTRIBUTION CENTER
August 12, 2022, 4:39 am

**Departed USPS Regional Facility**

DALLAS TX NETWORK DISTRIBUTION CENTER
August 12, 2022, 3:06 am

**Arrived at USPS Regional Destination Facility**

DALLAS TX NETWORK DISTRIBUTION CENTER
August 12, 2022, 1:54 am

**In Transit to Next Facility**
August 11, 2022

**Arrived at USPS Regional Origin Facility**
LAS VEGAS NV DISTRIBUTION CENTER ANNEX
August 10, 2022, 9:07 pm

**USPS picked up item**
LAS VEGAS, NV 89139
August 10, 2022, 10:11 am

**Hide Tracking History**

## Text & Email Updates

## Proof of Delivery

## USPS Tracking Plus®

## Product Information

**Postal Product:** Priority Mail®

**Features:**
Signature Confirmation™
Up to $100 insurance included. Restrictions Apply

Signed for By: T COLES // COPPELL, TX 75019 // 10:03 am

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

UNITED STATES POSTAL SERVICE

December 8, 2022

Dear Chantel Schimming:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8111 0803 3591 0950 93**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 12, 2022, 10:03 am |
| **Location:** | COPPELL, TX 75019 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Recipient Name:** | Nationstar Mortgage LLC dba Mr Cooper |
| **Actual Recipient Name:** | T COLES |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004