Ex. 9

# EXHIBIT 9

Assignment

Ex. 9

Inst #: 20221118-0001413
Fees: $42.00
11/18/2022 01:36:33 PM
Receipt #: 5162005
Requestor:
Visionet Systems McCarth
Recorded By: ANI Pgs: 2
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

APN No.: **176-28-613-111**
Recording requested by:

When recorded mail to:

Nationstar Mortgage LLC d/b/a Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, TX 75019

TS No.: **NV-14-642555-AB**
Order No.: **02-15019005**

Space above this line for recorders use

It is hereby affirmed that this document submitted for recording does not contain the social security number of any person or persons. (Per NRS 239B.030).

# Assignment of Deed of Trust

For value received, the undersigned corporation hereby grants, assigns, and transfers to **Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America.**

All beneficial interest under that certain Deed of Trust dated **3/27/2008** executed by **JANNETJE TOLCHIN, AN UNMARRIED WOMAN**, as Trustor(s) to **CHICAGO TITLE AGENCY OF NEVADA**, as Trustee and recorded as Instrument No. **20080331-0004177** on **3/31/2008**, of Official Records, in the office of the County Recorder of **CLARK** County, **NV**.

TS No.: **NV-14-642555-AB**
Page 2

8·31·22

**Nationstar Mortgage LLC, by McCarthy and Holthus, LLP as its Attorney in Fact**

[signature]

By: Stephanie Echeverria, Authorized Agent for McCarthy and Holthus, LLP

| |
|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of: **California**)

County of: **San Diego**)

On AUG 3 1 2022 before me, Fabiola Isabel Lopez Sanchez a notary public, personally appeared Stephanie Echeverria, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal. **(Seal)**

[signature]

Signature

Fabiola Isabel Lopez Sanchez

FABIOLA ISABEL
LOPEZ SANCHEZ
COMM # 2386079
SAN DIEGO County
California Notary Public
Comm Exp Dec. 10, 2025