1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-CV-02035-ART-BNW |
| Plaintiff, | **ORDER APPROVING** |
| v. | **SECOND STIPULATION TO EXTEND THE DEADLINES REGARDING THE MOTION FOR PRELIMINARY INJUNCTION AND REQUEST TO SET A NEW HEARING DATE** |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive | |
| Defendants. | |

Plaintiff SFR Investments Pool 1, LLC (**SFR**) and Defendants Nationstar Mortgage LLC D/B/A Mr. Cooper (**Nationstar**) and Federal Home Loan Mortgage Corporation (collectively, **Defendants**), by their attorneys, hereby submit this Stipulation to extend the deadlines for filing the opposition to the motion for preliminary injunction and for Defendants to respond to the Complaint. Defendants stipulate that they will not take any steps toward the foreclosure of the property located at 7927 Capistrano Valley Ave., Las Vegas NV 89178 (the **Property**) unless and until the Court issues an order denying SFR's motion for a preliminary injunction.

Currently, Defendants' opposition to the motion is due on January 13, 2023. Defendants need extra time to review the allegations in the Complaint and the relevant documents in their possession. The parties,

therefore, request that the deadlines associated with the motion for preliminary injunction be pushed out in order to give Defendants time to respond. This stipulation is made in good faith and not for any dilatory motive such as to cause undue delay. The parties further agree and stipulate that Defendants' responsive pleading to the Complaint shall be due on the same date as the opposition to the motion for preliminary injunction.

The parties' specific stipulations are as follows:

1. The deadline for Defendants to respond to the motion for preliminary injunction currently set for January 13, 2023, should be extended to January 27, 2023.

2. The deadline for Defendants to file a responsive pleading to the Complaint should be extended to January 27, 2023.

2. The deadline for SFR to file a reply currently set for January 20, 2023, shall be extended to February 3, 2023.

| DATED this 10th day of January 2023 | DATED this 10th day of January 2023 |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 | */s/ Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200,<br>Las Vegas, NV 89123 (*Nevada Office*)p<br>600 Peachtree St. NE # 3000, Atlanta, GA 30308 |
| *Attorney for Plaintiff* | *Attorney for Defendant Nationstar Mortgage LLC D/B/A Mr. Cooper and Federal Home Loan Mortgage Corporation* |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **<u>ORDER</u>**

IT IS HEREBY ORDERED that Defendants shall file its response to Plaintiff's motion for preliminary injunction on or before January 27, 2023.

IT IS FURTHER HEREBY ORDERED that he deadline for Defendants to file a responsive pleading to the Complaint should be extended to January 27, 2023.

IT IS FURTHER HEREBY ORDERED that any reply in support of the motion for preliminary injunction shall be filed on or before February 3, 2023.

IT IS FURTHER HEREBY ORDERED that the temporary restraining order that this Court entered in this case shall be extended to the date of the hearing on the motion for preliminary injunction. The courtroom deputy will reach out to counsel to secure a date for the motion hearing.

DATED:  January 11, 2023

Anne R. Traum
United States District Court Judge