**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive<br><br>　　　　　Defendants. | Case No.: 2:22-CV-02035-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AND FEDERAL HOME MORTGAGE CORPORATION TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS** |

　　　　Plaintiff SFR Investments Pool 1, LLC (**SFR**) and Defendants Nationstar Mortgage LLC D/B/A Mr. Cooper (**Nationstar**) and Federal Home Loan Mortgage Corporation (collectively, **Defendants**), by their attorneys, hereby submit this Stipulation to extend the deadline for filing the reply to the response to motion to dismiss.

　　　　Currently, Defendants' reply to the motion is due on February 21, 2023. Defendants need extra time to review the allegations in the Plaintiff's Response to Motion to Dismiss and the relevant documents in their possession. Due to the holiday and recent cybersecurity issues counsel for Nationstar has had to address, it was unable to prepare a reply by the current deadline. The parties, therefore, request that the deadlines associated with the motion to dismiss be pushed out in order to give Defendants time to respond.

Page 1

1  This stipulation is made in good faith and not for any dilatory motive such as to cause undue delay.

2  The parties' specific stipulations are as follows:

3  1. The deadline for Defendants to reply to the response to motion to dismiss currently set for
4  February 21, 2023, should be extended to March 7, 2023.

| DATED this 21st day of February 2023 | DATED this 21st day of February 2023 |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorney for Plaintiff* | */s/ Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200,<br>Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE # 3000, Atlanta, GA 30308<br><br>*Attorney for Defendant Nationstar Mortgage LLC D/B/A Mr. Cooper and Federal Home Loan Mortgage Corporation* |

**ORDER**

IT IS HEREBY ORDERED that Defendants shall file their reply to Plaintiff's response to motion to dismiss on or before March 7, 2023.

_____
Anne R. Traum
United States District Court Judge

DATED: February 22, 2023