__X__ FILED  _____ RECEIVED
_____ ENTERED  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 22, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X inclusive, <br><br> Defendants. | Case No. 2:22-cv-02035-ART-BNW <br><br> **ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group, and Nationstar Mortgage, LLC d/b/a Mr. Cooper and Federal Home Loan Mortgage Corporation, by and through its counsel, Troutman Pepper Hamilton Sanders LLP, hereby stipulate and agree that

…

…

…

…

- 1 -

any and all claims by and between the parties are hereby dismissed, with prejudice, with each side to bear its own fees and costs.

| HANKS LAW GROUP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper and Federal Home Loan Mortgage Corporation* |

**ORDER**

**IT IS ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 22, 2024

- 2 -